Robert Jones, administrator of the estate of Robert W. Jones, deceased, appellee, v. Charles S. Mellen, appellant. Gen. No. 8,422.

Heard in this court at the October term, 1931. Opinion filed February 24, 1932.

Eagleton & Eagleton, for appellant. Robert N. McCormick, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Lena Gill, appellee, v. North American Union, appellant. Gen. No. 8,428.

Heard in this court at the October term, 1931. Opinion filed February 24, 1932.

Maloney & Wooster and James W. Carney, for appellant. Marsh, Lewis, Thompson & Barash, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Citizens State Bank of Prophetstown, Illinois, appellant, v. First National Bank of Erie, Illinois et al., appellees. Gen. No. 8,432.

Heard in this court at the October term, 1931. Opinion filed February 24, 1932.

Harry E. Brown and Arthur G. Higgs, for appellant. Schroder & Scott and Joseph L. Shaw, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

Ella Coy, appellee, v. Frances E. Cutright, appellant, and Harry Baur. Gen. No. 8,436.

Heard in this court at the October term, 1931. Opinion filed February 24, 1932.

Robert N. McCormick and Shelton F. McGrath, for appellant. John E. Cassidy, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Collette Radlebeck, by Joseph Radlebeck, her next friend, defendant in error, v. Jeanette Zara, plaintiff in error. Gen. No. 8,110.

Heard in this court at the October term, 1929. Opinion filed March 15, 1932.

Mary Doubet Cassell and George J. Jochem, for plaintiff in error. Francis C. Vonachen, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.